ACCEPTED
03-15-00326-CV
5760866
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 9:41:08 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00326-CV

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 9:41:08 AM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

_____

STYLE OF APPELLATE CASE UNKNOWN SINCE THE CLERK OF THIS COURT INITIATED THIS CASE ON INCORRECT BELIEF THAT CHASE CARMEN HUNTER FILED A NOTICE OF APPEAL OF CAUSE D-1-GN-13002576 From The 200TH District Travis County, Texas

_____

*VERIFIED*

-SECOND ATTEMPT TO GET THIS DOCUMENT FILED-

OBJECTION TO THE "JUDGMENT RENDERED JUNE 18, 2015".

CHASE CARMEN HUNTER HAS NOT FILED A NOTICE OF APPEAL

OF CAUSE D-1-GN-13002576 From The 200TH District

Travis County, Texas. THEREFORE, CHASE CARMEN HUNTER

SHOULD NOT BE REQUIRED TO PAY THE COSTS OF THIS

APPEAL.

Chase Carmen Hunter, pro se
340 S LEMON AVE #9039
WALNUT, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999

**CERTIFICATION.**

I, Chase Carmen Hunter, state under penalty of perjury that the following facts and argument are true and correct. Executed on June 19, 2015.

*[signature]*

**POINTS RELIED UPON**

On June 22, 2015, Chase Carmen Hunter ("Hunter") received an email from the Clerk of the Travis County Texas District Court ("TCTDC") which stated that Hunter's first attempt to file this document was rejected because Hunter did not include a certificate of service.

However, Hunter did not file a Notice of Appeal. The defendants in the underlying lawsuit made no appearance in the TCTDC. There are no parties to serve. The Clerk of the TCTDC made an obvious error when she told the clerk of this court that Hunter filed a Notice of Appeal. This same error was made in this court in record #3-14-641-cv. There are no

parties to serve because there is nothing to adjudicate in this matter. This record exists only because the Clerk of the TCTDC made an error, and this record should be closed as if it never existed and the Clerk of this court should simply close the record.

There was no reason for the TCTDC to make this mistake a second time. There was no reason for the TCTDC to interpret a Motion To Transfer to the Third Court of Appeals, pursuant to Texas Gov't Code 2001.176(c), as a Notice of Appeal.

Further, Hunter did not include a certificate of service on any document she previously filed in this record, and each document she previously filed was accepted by the clerk of this court.

On June 19, 2015, received a notice via email from this Court stating that Hunter is required to pay the cost of this appeal. But Hunter did not file a notice of appeal from Travis County Texas District Court ("TCTDC") D-1-GN-13002576.

3

Apparently, the clerk of the TCTDC falsely notified this court that Hunter filed a notice of appeal when Hunter did not file a notice of appeal. It appears from the "JUDGMENT RENDERED JUNE 18, 2015" that this Court believes that Hunter's "Motion To Reinstate" was interpreted as a Notice of Appeal.

It is unclear why this Court would make such an assumption on behalf of the TCTDC Clerk. But clearly, a Notice of Appeal is not a Motion To Reinstate and vice versa.

An email Hunter received from Kirby Hernandez ("Hernandez") on June 19, 2015, an employee of the TCTDC, revealed that she interpreted Hunter's "Motion to Transfer to the Third Court of Appeals", which was included with Hunter's Motion To Reinstate, as a notice of appeal.

Hernandez stated that she was not aware of any law that allowed for a transfer to the third court of appeals (other than an appeal).

4

However, Hernandez is obviously unaware of Texas Gov't Code 2001.176(c) which allows the TCTDC to transfer a cause to the Court of Appeals for the Third Court of Appeals District ("3rd COA") if this Court finds that it is in the public's interest, it requires authoritative determination of the legal issues, and the case would ordinarily be appealed.

Clearly, The TCTDC Clerk refuses to comply with Texas law[1] and the U.S. Constitution[2] and has refused to provide many services required of her by law[3] and has created false court documents on many occasions[4], has refused to provide an accurate court record in 3-14-00737-cv, and much more. There is no question that Hunter is a victim of many crimes committed against her by, <u>inter alia</u>, the TCTDC Clerk. It is nothing less than tyranny when a court of law uses its authority to violate the law.

---

[1] See this court's records 3-13-00468-cv, 3-13-00557-cv, 3-14-00641-cv, 3-15-00218-cv, and 3-15-00327-cv.

[2] Id.

[3] Id.

[4] Id.

5

**PRAYER**

Hunter respectfully requests that this Court rescind its Judgment Rendered June 18, 2015, and simply close close this appellate record because Hunter did not file a notice of appeal of Travis County Texas District Court case D-1-GN-13002576.


Respectfully Submitted,

/s/ Chase Carmen Hunter


Chase Carmen Hunter
340 S Lemon Ave #9039
Walnut, CA 91789
Tel: 707-706-3647
Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was not served upon any people because Hunter did not file a Notice of Appeal. This record exists only due to an administrative error. It is illogical that this Court expects that any person should be given a chance to respond to this document since there are no issues in dispute between Hunter and any party. The only dispute is the fact that the Clerk of the TCTDC made an error. The clerk of this court should simply return the TCTDC's transmission of its non-existent Notice of Appeal to the TCTDC. No Notice of Appeal exists. And the clerk of this

6

court should not have docketed this non-existent appeal unless he received an actual Notice of Appeal from the clerk of the TCTDC.

_Chase Carmen Hunter_
_____
Chase Carmen Hunter